UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                   **ORDER**

       -against-                                      15 **CR.** 288 (RMB)

OMAR SHARPE,

                        Defendant.
------------------------------------------------------------X

In light of the Mandate issued by the Second Circuit Court of Appeals, the Court will hold a conference with counsel on Thursday, January 6, 2022 at 9:00 am.

Due to the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Counsel and members of the public may use the following dial-in information:

 USA Toll-Free Number: 1-877-336-1829
Access Code: 6265989
Security Code: 2881

Dated: New York, New York
         December 22, 2021

                                        _/s/ Richard M. Berman_
                                    **RICHARD M. BERMAN, U.S.D.J.**