UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            15 CR. 288 (RMB)

    -against-

**<u>ORDER</u>**

OMAR SHARPE,
                Defendant.
------------------------------------------------------------X

        In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, February 1, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2881

Dated: January 26, 2022
       New York, NY

                                                                           _____
                                                                           RICHARD M. BERMAN
                                                                              U.S.D.J.