**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

       -against-

OMAR SHARPE,
                Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

      The sentencing scheduled for Tuesday, March 29, 2022 at 10:00 AM is hereby rescheduled to Tuesday, April 19, 2022 at 10:00 AM.

      The proceeding will take place in Courtroom 17B.

Dated: March 15, 2022
       New York, NY

                                        RICHARD M. BERMAN
                                              U.S.D.J.