**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                           15 CR. 288 (RMB)

    -against-

                                                           **AMENDED ORDER**

OMAR SHARPE,
               Defendant.
------------------------------------------------------------X

        The sentencing scheduled for Tuesday, April 19, 2022 at 10:00 AM is hereby rescheduled to 12:00 PM on the same date.

        The proceeding will take place in Courtroom 17B.

Dated: April 8, 2022
       New York, NY

                                                     RICHARD M. BERMAN
                                                        U.S.D.J.