**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    15 CR. 288 (RMB)

   -against-

                                                    **<u>ORDER</u>**

OMAR SHARPE,
                Defendant.
------------------------------------------------------------X

       The sentencing scheduled for Tuesday, April 19, 2022 at 12:00 PM will take place in Courtroom 17B.

Dated: April 13, 2022
       New York, NY

                                                        */s/ Richard M. Berman*
                                                      RICHARD M. BERMAN
                                                           U.S.D.J.